AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| MICHEL KUMBAZ KILZI <br><br> _Plaintiff(s)_ <br><br> v. <br><br> ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., <br> a Florida Profit Corporation, d/b/a ALL SMOOTH <br> LAWN MAINTENANCE & LANDSCAPING, et al. <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.     1:22-cv-20609-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., d/b/a ALL SMOOTH
LAWN MAINTENANCE & LANDSCAPING

Ismael Garcia, Sr., as Registered Agent
15890 SW 200 Street Miami , FL 33187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NATHALY SAAVEDRA, ESQ.
PEREGONZA THE ATTORNEYS, PLLC
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 1, 2022

_s/ C.Davis_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| MICHEL KUMBAZ KILZI <br><br>_____ <br> *Plaintiff(s)* <br> v. <br><br> ALL SMOOTH LAWN MAINTENANCE & <br> LANDSCAPING, INC., <br> a Florida Profit Corporation, d/b/a ALL SMOOTH <br> LAWN MAINTENANCE & LANDSCAPING, et al. <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br>     1:22-cv-20609-RNS <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ISMAEL GARCIA, SR.

          15890 SW 200 Street Miami , FL 33187

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    NATHALY SAAVEDRA, ESQ.
                                   PEREGONZA THE ATTORNEYS, PLLC
                                   1414 NW 107th Ave,
                                   Suite 302
                                   Doral, FL 33172
                                   Tel. (786) 650-0202

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Mar 1, 2022

                                              *s/ C.Davis*
                                              Deputy Clerk
                                              U.S. District Courts

Angela E. Noble
Clerk of Court