## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:22-CV-20609-RNS

Plaintiff:
**MICHEL KUMBAZ KILZI**

vs.

Defendant:
**ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., A FLORIDA PROFIT CORPORATION, D/B/A ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, ET AL**

For:
Juan J. Perez, Esquire
Peregonza Law Group
1414 N.W. 107th Avenue, Suite 302
Doral, FL 33172

Received by Lightning Legal Couriers on the 1st day of March, 2022 at 12:16 pm to be served on **ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., D/B/A ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING ISMAEL GARCIA, SR., AS REGISTERED AGENT, 15890 SW 200 STREET, MIAMI, FL 33187**.

I, Ivan Lopez, do hereby affirm that on the **1st day of March, 2022** at **1:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **ISMAEL GARCIA SR.** as **REGISTERED AGENT** for **ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., D/B/A ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING**, at the address of: **15890 SW 200 STREET, MIAMI, FL 33187**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ivan Lopez
CPS#2309

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2022001042

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t