UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 22-20609-Civ-SCOLA

MICHEL KUMBAZ KILZI,

    Plaintiff,

v.

ALL SMOOTH LAWN MAINTENANCE &
LANDSCAPING, INC., a Florida profit
corporation D/B/A ALL SMOOTH LAWN MAINTENANCE
& LANDSCAPING, and ISMAEL GARCIA, individually,

    Defendants.
_____/

### PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANTS

Plaintiff, MICHAEL KUMBAZ KILZI, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 55 and 12(a)(4)(A) moves for entry of a default by clerk against Defendants, ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., D/B/A ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING a Florida Profit Corporation, and ISMAEL GARCIA, for failure to timely serve an answer in the above-styled cause of action. Defendants were served on March 1, 2022 (ECF Nos. 5 and 6). Undersigned counsel certifies that as of the date of this filing, no paper or answer or other pleading has been served upon Plaintiff or Plaintiff's counsel on behalf of the Defendants.

Dated: March 23, 2022
                                       **PEREGONZA THE ATTORNEYS, PLLC**
                                       1414 NW 107th Ave,
                                       Suite 302
                                       Doral, FL 33172
                                       Tel. (786) 650-0202
                                       Fax. (786) 650-0200

                                       By: /s/Nathaly Saavedra
                                       Nathaly Saavedra, Esq.
                                       Fla. Bar No. 118315
                                       Email: nathaly@peregonza.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Saavedra
Nathaly Saavedra, Esq.

**SERVICE LIST**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 22-20609-Civ-SCOLA

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200

Attorney for Plaintiff


All Smooth Lawn Maintenance & Landscaping, Inc.,
c/o  Ismael Garcia Sr., Registered agent
15890 SW 200 St.
Miami FL 33187

Defendant

Served via U.S. Mail


Ismael Garcia Sr.,
15890 SW 200 St.
Miami FL 33187

Defendant

Served via U.S. Mail