UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 22-20609-Civ-SCOLA

MICHEL KUMBAZ KILZI,

    Plaintiff,

v.

ALL SMOOTH LAWN MAINTENANCE &
LANDSCAPING, INC., a Florida profit
corporation D/B/A ALL SMOOTH LAWN
MAINTENANCE & LANDSCAPING, and
ISMAEL GARCIA, individually,

    Defendants.
_____/

## ORDER OF DEFAULT

A default is entered in this action against Defendants, ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING, INC., D/B/A ALL SMOOTH LAWN MAINTENANCE & LANDSCAPING a Florida Profit Corporation, and ISMAEL GARCIA, forr failure to serve or file any paper as required by law.

Dated on this _____ day of _____, 2022.

**CLERK OF THE CIRCUIT COURT**

(SEAL)

As Clerk of the Court

By: _____
As Deputy Clerk

Copies Furnished:

All Parties and Counsel of Record