UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHEL KUMBAZ KILZI

PLAINTIFF(S)

CASE NUMBER
1:22−cv−20609−RNS

v.

ALL SMOOTH LAWN MAINTENANCE &
LANDSCAPING, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**All Smooth Lawn Maintenance and Landscaping, Inc
Ismael Garcia, Sr.**

as of course, on the date March 23, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
     Michel Kumbaz Kilzi

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)